United States Bankruptcy Court
District of Maryland

Kapitus Servicing, Inc. formerly Colonia,

    Plaintiff                                                        Adv. Proc. No. 21-00212-TJC

Abulhawa,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 19, 2021 | Form ID: defntc | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | Klementina V. Pavlova, Sands Anderson PC, PO Box 1998, Richmond, VA 23218-1998 |
| aty | W. Ashley Burgess, Sands Anderson PC, PO Box 1998, Richmond, VA 23218-1998 |
| pla | + Kapitus Servicing Kapitus Servicing, Inc. formerly, 2500 Wilson Boulevard, Suite 350, Arlington, VA 22201-3873 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2021                 Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Paige Smith | |
| | plevysmith@sandsanderson.com |
| | sryan@sandsanderson.com,TKearns@sandsanderson.com,aburgess@sandsanderson.com,kpavlova@sandsanderson.com |

TOTAL: 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **21−14649 − TJC**    Chapter: **13**    Adversary No.: **21−00212**

**Mahmoud Musa Abulhawa**
Debtor

**Kapitus Servicing Kapitus Servicing, Inc. formerly
Colonial Funding Network, Inc. as servicing agent
of Strategic Funding Source, Inc d/b/a Kapitus**
Plaintiff

vs.

**Mahmoud Musa Abulhawa**
Defendant

# DEFICIENCY NOTICE

DOCUMENT:    1 − Adversary case 21−00212. (62 (Dischargeability − 523(a)(2), false pretenses, false representation, actual fraud)) Complaint by Paige Smith on behalf of Kapitus Servicing Kapitus Servicing, Inc. formerly Colonial Funding Network, Inc. as servicing agent of Strategic Funding Source, Inc d/b/a Kapitus against Mahmoud Musa Abulhawa. Fee Amount $350. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) (Smith, Paige)

PROBLEM:    **The following items are deficient for the above pleading, and must be cured by 11/2/21.**

**− The case caption is insufficient. The caption of the Complaint must include the Debtor(s), Plaintiff(s) and the Defendant(s).**

CURE:    File an Amended Complaint to correct the case caption by the cure date provided above.

CONSEQUENCE:    Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing−requirements.**
**Additional information for non−attorney filers: http://www.mdb.uscourts.gov/content/after−filing.**

Dated: 10/19/21

Mark A. Neal, Clerk of Court
by Deputy Clerk, Erica Cumberland
410−962−4221

cc:    Plaintiff

Attorney for Plaintiff − Paige Smith

Defendant

Attorney for Defendant − PRO SE

defntc (rev. 12/12/2016)