# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **21−14649 − TJC**   Chapter: **13**   Adversary No.: **21−00212**

**Mahmoud Musa Abulhawa**
Debtor

**Kapitus Servicing, Inc. formerly Colonial Funding Network, Inc. as servicing agent of Strategic Funding Source, Inc d/b/a Kapitus**
Plaintiff

vs.

**Mahmoud Musa Abulhawa**
Defendant

## NOTICE OF RESCHEDULED PRE TRIAL CONFERENCE

PLEASE TAKE NOTICE that a hearing will be held

on 1/5/22 at 10:30 AM
by videoconference or teleconference
(for hearing access information see www.mdb.uscourts.gov/hearings or call 410−962−2688)

to consider and act upon the following:

4 − Amended Complaint to correct case caption by Paige Smith on behalf of Kapitus Servicing Kapitus Servicing, Inc. formerly Colonial Funding Network, Inc. as servicing agent of Strategic Funding Source, Inc d/b/a Kapitus against Mahmoud Musa Abulhawa. (related document(s)1 Complaint filed by Plaintiff Kapitus Servicing Kapitus Servicing, Inc. formerly Colonial Funding Network, Inc. as servicing agent of Strategic Funding Source, Inc d/b/a Kapitus, 3 Deficiency Notice). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) (Smith, Paige)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 11/8/21

Mark A. Neal, Clerk of Court
by Deputy Clerk, Erica Cumberland
410−962−4221

Form ntchrgmdb (rev. 06/08/2020)